FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 24 PM 12:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CEDERIC NICHOLS | * | CIVIL ACTION |
| VERSUS | * | NO. 05-2603 |
| WEEKS MARINE, INC. AND ATLANTIC SOUNDING CO., INC. | * | SECTION " " SECT. L |
| | * | MAG. MAG. 5 |

## SEAMAN'S COMPLAINT

Plaintiff, Cederic Nichols, an adult resident of Semmes, Alabama, respectfully represents that:

1.

Defendant, WEEKS MARINE, INC., is a foreign corporation, authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

2.

Defendant, ATLANTIC SOUNDING CO., INC., is a foreign corporation, authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

3.

On or about November 7, 2004, plaintiff, Cederic Nichols, was employed as an able-bodied seaman by defendants, Weeks Marine, Inc. and/or Atlantic Sounding Co., Inc., and assigned to the



✓ Fee Seaman
✓ Process
X Dktd
CtRmDep
Doc. No

M/V ALEXANDRIA, which was located in Houma, Louisiana.

4.

On or about November 7, 2004, the M/V ALEXANDRIA was owned, operated and/or controlled by defendants, Weeks Marine, Inc. and/or Atlantic Sounding Co., Inc.

5.

On or about November 7, 2004, as plaintiff was performing his assigned duties aboard the M/V ALEXANDRIA near Charleston, South Carolina, he was struck by a section of cable, causing him to sustain injury, in particular, but not limited to, his right knee.

6.

A cause of this accident was the fault and/or negligence of the defendants in the following non-exclusive respects:

a. Failing to provide plaintiff with a safe place to work;

b. Failing to properly supervise the job being performed;

c. Failing to properly train the crewmen for the job being performed;

d. Failing to perform the job in a reasonably safe manner;

e. Failing to perform the job so as to avoid striking plaintiff with a section of cable;

f. Failing to properly inspect and/or repair, replace or maintain defective equipment aboard the vessel; and

e. Other acts of negligence which will be shown at trial.

7.

A proximate cause of the accident was the unseaworthiness of the M/V ALEXANDRIA

8.

This accident occurred while plaintiff was in the service of the vessel, entitling him to

receive maintenance and cure.

9.

As a direct result of this accident, plaintiff sustained serious injuries to his mind and body, including past and future mental and physical pain and suffering, lost wages, loss of future earning capacity, past and future medical expenses, loss of found, and related expenses, all to his detriment in the sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS.

11.

The amount in controversy exceeds the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

12.

Plaintiff was not at fault in causing this accident or the resultant damages.

13.

Plaintiff brings this cause of action pursuant to the General Maritime Law, the provisions of Section 33 of the Merchant Marine Act of 1920, 46 U.S.C.A. 688, commonly known as the Jones Act, and all statutes supplemental and amendatory thereto.

14.

Plaintiff also brings this action under the Diversity Jurisdiction of this Court, 28 U.S.C.A. 1332.

WHEREFORE, plaintiff, Cederic Nichols, prays that defendants, Weeks Marine, Inc. and/or Atlantic Sounding Co., Inc., be served with a copy of this complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, there be judgment

rendered herein in favor of plaintiff and against defendants in the sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS, interest from the date of accident until paid, all costs of these proceedings, and for all legal, general, equitable and maritime relief.

Respectfully submitted,

UNGAR & BYRNE

RANDY J. UNGAR (12387)
GEORGE W. BYRNE, JR. (3744)
GREGORY T. DISCON (22037)
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616

PLEASE SERVE:

WEEKS MARINE, INC.
through its agent for service
Patricia Driggers
106 Derouche Ave.
Bourg, LA 70343

ATLANTIC SOUNDING CO., INC.
through its agent for service
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809